# United States District Court

**NOT FOR PUBLIC VIEW**
FILED

Southern **DISTRICT OF** California    2008 JUL 30  AM 10: 25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| In the Matter of the Search of | |
|---|---|
| (Name, address or brief description of person or property to be searched) Priority Delivery Confirmation Parcel # 0302-2940-0001-0345-2513 addressed to Yolanda Morehead, 4 Cubeth Road, Middletown, CT 06457. It lists the return information of J Wilson, 8645 Comino Del Rio Dr., Mission Valley, CA 92108. | **SEARCH WARRANT**<br>CASE NUMBER: **'08 MJ 2304** |

TO:    Ana L. Flores, Postal Inspector    and any Authorized Officer of the United States

Affidavit(s) having been made before me by    Ana L. Flores    who has reason to
                                                Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Priority Delivery Confirmation Parcel # 0302-2940-0001-0345-2513 addressed to Yolanda Morehead, 4 Cubeth Road, Middletown, CT 06457. It lists the return information of J Wilson, 8645 Comino Del Rio Dr., Mission Valley, CA 92108 which is in the custody of the U.S. Postal Inspection Service.

in the Southern    District of California    there is now
concealed a certain person or property, namely (describe the person or property)
    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to    **JAN M. ADLER**
                                                                                                U. S. Judge or Magistrate
as required by law.

7/28/08 @ 1:57 p.m.                                at    San Diego, CA
Date and Time Issued                                      City and State

_Jan M. Adler_    U.S. Magistrate Judge    _signature_
Name and Title of Judicial Officer                        Signature of Judicial Officer

(2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 7-28-08 | DATE AND TIME WARRANT EXECUTED 7-28-08  3:50 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH USPS |

**INVENTORY MADE IN THE PRESENCE OF**
US Postal Inspectors A. Flores and P Garn

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Priority Delivery Confirmation #0302-2940-0001-0345-2513 Brown shipping box taped at the seams, contained torn sheets of newspaper and a plastic container wrapped in plastic wrap. The plastic container contained a plastic bag which further contained two grocery bags containing a green leafy substance and 11 wrapped bundles which also contained a green leafy substance which field tested positive for marijuana. The gross weight of the package was approximately 10,123.6 grams.

A. Flores  7-28-08

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Ana Flores

Subscribed, sworn to, and returned before me this date.

J.M. Aller    7/30/08
U.S. Judge                Date